So Ordered.

Dated: December 16, 2024



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:
JOHN R GRAMENZ
TINA L GRAMENZ

Chapter 13

Case No.: 24-24603-BEH

Debtors

**ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN**

The debtors filed a motion to modify the plan on November 18, 2024 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1. The confirmed chapter 13 plan is modified as stated in the debtors' November 18, 2024 request to modify confirmed plan.

2. Summary of payments: $2,030.00 per month for the remainder of the 60-month plan.

#####